IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTIE PUTT, et al.,<br><br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>TRIPADVISOR INC., et al.,<br><br>　　　　*Defendants.* | CIVIL ACTION<br>NO. 20-3836 |

## ORDER

**AND NOW**, this 25th day of January 2021, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiffs' Response (ECF No. 10) and Defendants' Reply (ECF No. 11), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.